MICHAEL R. LINDSAY, (SBN 110845)
mlindsay@nixonpeabody.com
ALICIA C. ANDERSON, (SBN 260937)
acanderson@nixonpeabody.com
CHRISTOPHER BRAHAM, (SBN 293367)
cbraham@nixonpeabody.com
NIXON PEABODY LLP
Gas Company Tower
555 West Fifth St., 46th Floor
Los Angeles, CA  90013-1010
Tel: 213-629-6000
Fax: 213-629-6001

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS
(erroneously sued as "Kaiser Permanente")

BARBARA E. FIGARI (Bar No. 251942)
Barbara@figarilaw.com
THE FIGARI LAW FIRM
234 N. El Molino Ave., Suite 201
Pasadena, CA 91101
Tel: 626-486-2620
Fax: 877-459-3540

Attorneys for Plaintiff
GISELE JOHNSON

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KAISER PERMANENTE, a California Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No.  CV 14-00047 JFW(AJWx)<br><br>**ORDER TO REMAND** |

**ORDER**

Pursuant to the Parties' Stipulation to Remand This Action to State Court, it is HEREBY ORDERED:

1. This Action is remanded to the Superior Court of the State of California, County of Los Angeles.

2. No costs or attorneys' fees shall be assessed against either party in connection with the removal and remand of this Action.

3. A certified copy of this order shall be mailed by the Clerk of this Court to the Clerk of the Superior Court of the State of California, County of Los Angeles.

IT IS SO ORDERED.

DATED: February 25, 2014

_____
John F. Walter
United States District Judge